**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

_____

| | |
|---|---|
| **JANNET VOSE** ) | **CASE NO.:** |
|    **Plaintiff** ) | **3:10-CV-01427-SRU** |
| ) | |
| **v.** ) | |
| ) | |
| **I.C. SYSTEM, INC. & JOHN DOE** ) | |
| **a/k/a JIM CONNELLY** ) | |
|    **Defendants** ) | |
| _____ ) | **DECEMBER 8, 2010** |

### NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A(i), the plaintiff, Jannet Vose, through her attorney, hereby gives notice that the claims of the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

**PLAINTIFF, JANNET VOSE**

By: /s/Daniel S. Blinn
Daniel S. Blinn, Fed Bar No. ct02188
Matthew W. Graeber, Fed Bar No. ct27545
dblinn@consumerlawgroup.com
Consumer Law Group, LLC
35 Cold Spring Rd., Suite 512
Rocky Hill, CT  06067
Tel. (860) 571-0408
Fax. (860) 571-7457

## <u>CERTIFICATION</u>

I hereby certify that on this 8th day of December 2010, a copy of foregoing Notice of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


<u>/s/Daniel S. Blinn</u>
Daniel S. Blinn